Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*
*For Limited Purposes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PHILLIP J. LYONS,

    Plaintiff,

v.

JAMES G. COX, et al.,

    Defendants.

Case No.: 2:14-CV-00778-APG-CWH

**STIPULATION AND ORDER RE DISMISSAL**

It is hereby stipulated between Plaintiff Phillip J. Lyons and the Defendants, through their respective counsel, to dismiss this matter with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). Each side to bear their own fees and costs.

| DATED this 25th day of June, 2015. | DATED this 26th day of June, 2015. |
|---|---|
| By: __/s/ Travis N. Barrick_____ | By: ___/s/ Jared M. Frost_____ |
| Travis N. Barrick, # 9257 | Jared M. Frost, Esq. |
| GALLIAN WELKER | Deputy Attorney General |
| & BECKSTROM, LC | Office of the Nevada Attorney General |
| 540 E. St. Louis Avenue | Bureau of Litigation, Public Saftey Div. |
| Las Vegas, Nevada 89117 | 555 E. Washington Avenue, Suite 3900 |
| tbarrick@vegascase.com | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | jfrost@ag.nv.gov |
| *For Limited Purposes* | *Attorneys for Defendants* |

- 1 -

## ORDER

**GOOD CAUSE APPEARING**

It is hereby ordered that this matter is dismissed with prejudice, each side to bear their own fees and costs.

DATED this 29th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made on the 26th day of June, 2015, by filing in the Court's CM/ECF system and by US Mail, postage prepaid, to the following:

Jared M. Frost, Esq.
Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Litigation, Public Saftey Div.
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
*Attorneys for Defendants*

By: /s/ Travis N. Barrick
An employee of Gallian Welker & Beckstrom, LC